**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

|  |  |
|---|---|
| **EUGENE MOYLER,**<br><br>            **Plaintiff,**<br><br>      **-v-**<br><br>**FIRST ADVANTAGE BACKGROUND SERVICES CORP.,**<br><br>            **Defendant.** | **Civil Case No: 6:24-cv-00050-NKM-CKM** |

**STIPULATION OF DISMISSAL**

Plaintiff Eugene Moyler and Defendant First Advantage Background Services Corp. ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against the Defendant in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:  May 29, 2025

/s/ Aryeh E. Stein
Aryeh E. Stein, Esq.
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
Telephone: (443) 326-6011
Email: astein@meridianlawfirm.com
*Attorney for Plaintiff*
*Eugene Moyler*

/s/ Henry R. Chalmers
Henry R. Chalmers, Esq.
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8646
Email: henry.chalmers@agg.com
*Attorney for Defendant*
*First Advantage Background Services Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on May 29, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Aryeh E. Stein
Aryeh E. Stein